**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Rama K. HIRALAL; Veena V. Hiralal,**
**Defendants–Appellants.**

No. 04–17502.

United States Court of Appeals,
Ninth Circuit.

Submitted June 5, 2007.*

Filed June 15, 2007.

Charles B. Burch, Office of the U.S. Attorney, San Francisco, CA, for Plaintiff–Appellee.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Rama K. Hiralal, San Mateo, CA, pro se.

Veena V. Hiralal, San Mateo, CA, pro se.

Before: LEAVY, RYMER, and T.G. NELSON, Circuit Judges.

MEMORANDUM **

Rama K. Hiralal and Veena V. Hiralal appeal pro se from the district court's denial of their second motion to reconsider the denial of their 28 U.S.C. § 2255 motion. We have jurisdiction pursuant to 28 U.S.C. § 1291.

■ We conclude that because appellants' second motion to reconsider seeks to revisit the district court's denial on the merits of a claim for relief, the motion should be treated as a successive § 2255 motion. *See Gonzalez v. Crosby,* 545 U.S. 524, 531, 125 S.Ct. 2641, 162 L.Ed.2d 480 (2005). Because appellants did not obtain authorization to file a successive § 2255 motion, the district court lacked jurisdiction to consider appellants' claims. *See* 28 U.S.C. §§ 2244(b)(3), 2255; *see also United States v. Allen,* 157 F.3d 661, 664 (9th Cir.1998). Although we may construe appellants' contentions as a request for authorization to file a successive § 2255 motion, *see Cooper v. Calderon,* 274 F.3d 1270, 1275 (9th Cir.2001) (per curiam), we decline to do so because appellants have failed to set forth the prima facie showing required by § 2255.

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

■ To the extent that appellants seek to appeal from the district court's order denying their § 2255 motion, we lack jurisdiction because appellants' notice of appeal is untimely as to that order. *See United States v. Sadler,* 480 F.3d 932, 937 (9th Cir.2007).

To the extent that appellants' brief raises uncertified issues, we construe their arguments as a motion to expand the certificate of appealability, and we deny the motion. *See* 9th Cir. R. 22–1(e); *Hiivala v. Wood,* 195 F.3d 1098, 1104–05 (9th Cir. 1999) (per curiam).

**VACATED.**